**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

*In re:*
 INGRID AVILEZ                                    Case No.:  6-15-bk-06248-ABB

_____Debtor_____/                  Chapter 13

### Chapter 13 Plan

COMES NOW the Debtors by and through their undersigned attorney and file this Chapter 13 Plan, as follows:

The projected disposable income of the debtor is submitted to the supervision and control of the Chapter 13 Trustee, and the debtor shall pay the following sums to the Chapter 13 Standing Trustee.

| Payment Number | Amount | Due Dates |
|---|---|---|
| 1 – 60 | $1,625.00 | Aug 20, 2015 thru Jan 20, 2020 |
|  |  |  |

The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN  38101-1103, with the Debtor(s)' name and case number **(6-15-bk-06248-ABB)** clearly indicated thereon.  Payments will begin on the date set forth in the Order Establishing Deadline for Making Payments, and payments will continue in the above amount for the duration of the Chapter 13 Plan.

**PAYMENT OF CLAIMS THROUGH PLAN**

**PAYMENTS & DISBURSEMENTS ARE MADE AS LISTED ON EXHIBIT A**

**PRIORITY:**  The Trustee percentage fee (6%) as set by the United States Trustee, and

**ATTORNEY FEES:**

| Attorney Name | Claim Amount | Payment Amt/No |
|---|---|---|
| Mark Cressman | $3,000.00 Atty Fees<br>$2,700.00 Maint. Fees<br>$0.00 Mediation Fees | See Exhibit A |

**OTHER PRIORITY CLAIMS:**

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
|  |  |  |  |

**SECURED CLAIMS:** On-going Payments continue beyond the term of the Plan, pursuant to the applicable Note and Mortgage. Payments on the attached spreadsheet include principal, interest, taxes, and insurance.

| Claim # | Creditor | Claim Amt | % Rate | Payment Amt/# |
|---|---|---|---|---|
| * | Capital One Auto #1001<br>2009 Toyota Matrix | $12,526.00 | 5.25% | See Exhibit A |
| * | Regional Acceptance #1901<br>2008 Mercury Mariner | $11,327.00 | 5.25% | See Exhibit A |
| * | Cherryridge at Estates<br>174 Dakota Ave, Groveland FL | $6,089.73 | 4.75% | See Exhibit A |
| * | Estates Cherry Lake Master<br>174 Dakota Ave., Groveland FL | $3,500.00 | 4.75% | See Exhibit A |
| * | Selene Finance #0203<br>174 Dakota Ave., Groveland FL | $121,953.23 | n/a | See Exhibit A |

*Denotes this is a secured creditor that has not yet filed a proof of claim as of the date of this plan.*

**SECURED ARREARAGES:**

| Claim # | Creditor | Claim Amount | Payment Amt/No |
|---|---|---|---|
| * |  | $0.00 | See Exhibit A |

**SECURED GAP:**   One additional post-Petition mortgage payment that covers one payment due after the Plan has completed.

| Claim # | Creditor | Claim Amount | Payment Amt/No |
|---|---|---|---|
| * | Selene Finance #0203<br>174 Dakota Ave., Groveland FL | $775.03 | See Exhibit A |

**COLLATERAL TO BE SURRENDERED:**   *Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing. The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.*

| Claim # | Creditor | Property Description |
|---|---|---|
|  |  |  |

**VALUATION OF CLAIM:**

| Claim # | Creditor | Claim Amt | Value | Sr. Liens | Amt Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**SECURED –LEINS LIENS TO BE AVOIDED:**   NONE

| Claim # | Creditor | Claim Amt | Value | Sr. Liens | Amt Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Executory Contracts:**

| Claim # | Creditor | Assumed or Rejected | Description of Property | Claim Amount | Payment Amt/# |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**UNSECURED CREDITORS:**    Unsecured creditors whose claims have been timely filed and allowed shall receive a pro-rata distribution after payment of the above-stated claims as proposed above    Approximate Percentage:  **16** %

### OTHER PROVISIONS REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s)' general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the chapter 13 Standing Trustee's payment address as stated above. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee.

The Debtor(s) are required to provide the Chapter 13 Standing Trustee with copies of their income tax returns each year and for the duration of this case. The Debtor(s) shall mail a **copy** (do not mail original returns) of their income tax returns each year by April 30th to the Debtor(s)' attorney and to the Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450 *(tax returns only – no payments to this address)*

The debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proof of payment of all post-petition taxes is required.

If the Debtor(s)' income increases during the duration of this case, the Debtor(s) must commit the debtor(s) excess income to the Plan for the benefit of the Debtor(s) creditors.

/s/INGRID AVILEZ//
INGRID AVILEZ
Debtor Signature

        /s/ MARK P. CRESSMAN
        MARK P. CRESSMAN
        Florida Bar No.  51519
        CRESSMAN LAW FIRM, PA
        13350 W. Colonial Drive
        Suite 350
        Winter Garden, FL  34787
        Phone:  407-877-7317
        Fax:  407-877-7189
        Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been provided on this 4th day of August 2015 to the Chapter 13 Trustee via electronic transmission and all creditors listed in the attached matrix by U.S. Mail.

/s/ MARK P. CRESSMAN
MARK P. CRESSMAN

| | | Claim Amt | | | | | | $3,000.00 | | | $2,700.00 | | | $46,501.80 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AVILEZ** | | **DUE DATE** | | | | | | Atty | | | Atty | | | Selene Finance |
| **15-6248** | | 02/28/2015 | Total Due | | | 6.0% | | Fees | | | Maintenance | | | 1st Mtg |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | | | | | | |
| | 60 | | | 60 | | | | | | | | | | |
| 02/28/2015 | 1 | $0.00 | | | $1,625.00 | $97.50 | | $499.60 | | | $0.00 | | | $775.03 |
| 03/28/2015 | 2 | $0.00 | $3,250.00 | | $1,625.00 | $97.50 | | $499.60 | | | $0.00 | | | $775.03 |
| 04/28/2015 | 3 | $0.00 | $4,875.00 | | $1,625.00 | $97.50 | | $499.60 | | | $0.00 | | | $775.03 |
| 05/28/2015 | 4 | $0.00 | $6,500.00 | | $1,625.00 | $97.50 | | $499.60 | | | $0.00 | | | $775.03 |
| 06/28/2015 | 5 | $0.00 | $8,125.00 | | $1,625.00 | $97.50 | | $499.60 | | | $0.00 | | | $775.03 |
| 07/28/2015 | 6 | $0.00 | $9,750.00 | | $1,625.00 | $97.50 | 6 | at | **$499.60** | 6 | at | **$0.00** | | $775.03 |
| 08/28/2015 | 7 | $25.09 | $11,375.00 | | $1,625.00 | $97.50 | 1 | at | **$2.40** | | | $50.00 | | $775.03 |
| 09/28/2015 | 8 | $27.49 | $13,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 10/28/2015 | 9 | $27.49 | $14,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 11/28/2015 | 10 | $27.49 | $16,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 12/28/2015 | 11 | $27.49 | $17,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 01/28/2016 | 12 | $27.49 | $19,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 02/28/2016 | 13 | $27.49 | $21,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 03/28/2016 | 14 | $27.49 | $22,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 04/28/2016 | 15 | $27.49 | $24,375.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 05/28/2016 | 16 | $27.49 | $26,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 06/28/2016 | 17 | $27.49 | $27,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 07/28/2016 | 18 | $27.49 | $29,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 08/28/2016 | 19 | $27.49 | $30,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 09/28/2016 | 20 | $27.49 | $32,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 10/28/2016 | 21 | $27.49 | $34,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 11/28/2016 | 22 | $27.49 | $35,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 12/28/2016 | 23 | $27.49 | $37,375.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 01/28/2017 | 24 | $27.49 | $39,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 02/28/2017 | 25 | $27.49 | $40,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 03/28/2017 | 26 | $27.49 | $42,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 04/28/2017 | 27 | $27.49 | $43,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 05/28/2017 | 28 | $27.49 | $45,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 06/28/2017 | 29 | $27.49 | $47,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 07/28/2017 | 30 | $27.49 | $48,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 08/28/2017 | 31 | $27.49 | $50,375.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 09/28/2017 | 32 | $0.76 | $52,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 10/28/2017 | 33 | $0.76 | $53,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 11/28/2017 | 34 | $0.76 | $55,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 12/28/2017 | 35 | $0.76 | $56,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 01/28/2018 | 36 | $0.76 | $58,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 02/28/2018 | 37 | $0.76 | $60,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 03/28/2018 | 38 | $0.76 | $61,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 04/28/2018 | 39 | $0.76 | $63,375.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 05/28/2018 | 40 | $0.76 | $65,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 06/28/2018 | 41 | $0.76 | $66,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 07/28/2018 | 42 | $0.76 | $68,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 08/28/2018 | 43 | $0.76 | $69,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 09/28/2018 | 44 | $0.76 | $71,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 10/28/2018 | 45 | $0.76 | $73,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 11/28/2018 | 46 | $0.76 | $74,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 12/28/2018 | 47 | $0.76 | $76,375.00 | | $1,625.00 | Tee Fee | | | Fees | | | $50.00 | | $775.03 |
| 01/28/2019 | 48 | $0.76 | $78,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 02/28/2019 | 49 | $0.76 | $79,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 03/28/2019 | 50 | $0.76 | $81,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 04/28/2019 | 51 | $0.76 | $82,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 05/28/2019 | 52 | $0.76 | $84,500.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 06/28/2019 | 53 | $0.76 | $86,125.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 07/28/2019 | 54 | $0.76 | $87,750.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 08/28/2019 | 55 | $0.76 | $89,375.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 09/28/2019 | 56 | $0.76 | $91,000.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 10/28/2019 | 57 | $0.76 | $92,625.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 11/28/2019 | 58 | $0.76 | $94,250.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 12/28/2019 | 59 | $0.76 | $95,875.00 | | $1,625.00 | $97.50 | | | $0.00 | | | $50.00 | | $775.03 |
| 01/28/2020 | 60 | $2.64 | $97,500.00 | 60 | at | **$1,625.00** | $97.50 | | $0.00 | 54 | at | **$50.00** | 60 at | **$775.03** |
| | | | | | | | | | | | | | | |
| | | $708.77 | | | $97,500.00 | $5,850.00 | | $3,000.00 | | | $2,700.00 | | | $46,501.80 |
| | | $4,311.00 | | | | | | **ATTY** | | | | | | |
| | | 16% | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | 0.00 | | | 0.00 | | | 0.00 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | | $775.03 | | $14,269.20 | | $12,903.00 | | $6,853.20 | | $3,939.00 | |
| **AVILEZ** | | | | | | | | | | | | | | |
| **15-6248** | | | Selene Finance | | Selene Finance | | Cap One | | Regional Accep | | Cherryridge | | Estates Cherry | |
| | | | Arrears | | Gap | | 2009 Toyota | | 2008 Mercury | | HOA | | Master HOA | |
| | 60 | | | | | | | | | | | | | |
| 02/28/2015 | 1 | | $0.00 | | $0.00 | | $137.82 | | $115.05 | | $0.00 | | $0.00 | |
| 03/28/2015 | 2 | | $0.00 | | $0.00 | | $137.82 | | $115.05 | | $0.00 | | $0.00 | |
| 04/28/2015 | 3 | | $0.00 | | $0.00 | | $137.82 | | $115.05 | | $0.00 | | $0.00 | |
| 05/28/2015 | 4 | | $0.00 | | $0.00 | | $137.82 | | $115.05 | | $0.00 | | $0.00 | |
| 06/28/2015 | 5 | | $0.00 | | $0.00 | | $137.82 | | $115.05 | | $0.00 | | $0.00 | |
| 07/28/2015 | 6 | | $0.00 | | $0.00 | 6 at | $137.82 | 6 at | $115.05 | 6 at | $0.00 | 6 at | $0.00 | |
| 08/28/2015 | 7 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 09/28/2015 | 8 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 10/28/2015 | 9 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 11/28/2015 | 10 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 12/28/2015 | 11 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 01/28/2016 | 12 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 02/28/2016 | 13 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 03/28/2016 | 14 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 04/28/2016 | 15 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 05/28/2016 | 16 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 06/28/2016 | 17 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 07/28/2016 | 18 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 08/28/2016 | 19 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 09/28/2016 | 20 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 10/28/2016 | 21 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 11/28/2016 | 22 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 12/28/2016 | 23 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 01/28/2017 | 24 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 02/28/2017 | 25 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 03/28/2017 | 26 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 04/28/2017 | 27 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 05/28/2017 | 28 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 06/28/2017 | 29 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 07/28/2017 | 30 | | $0.00 | | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 08/28/2017 | 31 | | $0.00 | 31 at | $0.00 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 09/28/2017 | 32 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 10/28/2017 | 33 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 11/28/2017 | 34 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 12/28/2017 | 35 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 01/28/2018 | 36 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 02/28/2018 | 37 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 03/28/2018 | 38 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 04/28/2018 | 39 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 05/28/2018 | 40 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 06/28/2018 | 41 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 07/28/2018 | 42 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 08/28/2018 | 43 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 09/28/2018 | 44 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 10/28/2018 | 45 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 11/28/2018 | 46 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 12/28/2018 | 47 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 01/28/2019 | 48 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 02/28/2019 | 49 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 03/28/2019 | 50 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 04/28/2019 | 51 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 05/28/2019 | 52 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 06/28/2019 | 53 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 07/28/2019 | 54 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 08/28/2019 | 55 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 09/28/2019 | 56 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 10/28/2019 | 57 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 11/28/2019 | 58 | | $0.00 | | $26.73 | | $248.94 | | $226.17 | | $126.92 | | $72.95 | |
| 12/28/2019 | 59 | | $0.00 | 28 at | $26.73 | 53 at | $248.94 | 53 at | $226.17 | 53 at | $126.92 | 53 at | $72.95 | |
| 01/28/2020 | 60 | | $0.00 | 1 at | $26.59 | 1 at | $248.46 | 1 at | $225.69 | 1 at | $126.44 | 1 at | $72.65 | |
| | | | | | $775.03 | | $14,269.20 | | $12,903.00 | | $6,853.20 | | $3,939.00 | |
| | | | #VALUE! | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |

```
Label Matrix for local noticing      Ingrid Avilez                          Capital One Auto Finance
113A-6                               174 Dakota Avenue                      Capital One, NA
Case 6:15-bk-06248-ABB               Groveland, FL 34736-9503               P.O. Box 201347
Middle District of Florida                                                  Arlington, TX 76006-1347
Orlando
Tue Aug  4 07:53:33 EDT 2015

Amerifinancial Solutio               Business Revenue Syste                 Capital One
Po Box 602570                        2419 Spy Run Ave Ste A                 Attn: Bankruptcy
Charlotte NC 28260-2570              Fort Wayne IN 46805-3262               Po Box 30285
                                                                            Salt Lake City UT 84130-0285


Capital One Auto Finance             Capital One Auto Finance, a division of Capi    Chase Card
3905 N Dallas Pkwy                   P.O. Box 201347                        Po Box 15298
Plano TX 75093-7892                  Arlington, TX 76006-1347               Wilmington DE 19850-5298



Cherryridge at Estates               Estates  Cherry Lake Master            Florida Department of Revenue
c/o Mankin Law Group                 c/o Mankin Law group                   Bankruptcy Unit
2535 Landmark Dr, Ste 212            2535 Landmark Drive, Ste 212           Post Office Box 6668
Clearwater FL 33761-3930             Clearwater FL 33761-3930               Tallahassee FL 32314-6668


Internal Revenue Service             Lake County Tax Collector              Regional Acceptance Co
Post Office Box 7346                 Attn:  Bob McKee                       Attn: Bankruptcy
Philadelphia PA 19101-7346           Post Office Box 327                    266 Beacon Ave
                                     Tavares FL 32778-0327                  Winterville NC 28590-7924


Ricky Gill                           Selene Finance                         Laurie K Weatherford +
174 Dakota Ave                       Attn: Bankruptcy Dept                  Post Office Box 3450
Groveland FL 34736-9503              9990 Richmond Ave                      Winter Park, FL 32790-3450
                                     Ste 400 South
                                     Houston TX 77042-4546


United States Trustee - ORL7/13 7+   Mark P Cressman +                      End of Label Matrix
Office of the United States Trustee  Cressman Law Firm                      Mailable recipients   19
George C Young Federal Building      13350 West Colonial Drive              Bypassed recipients    0
400 West Washington Street, Suite 1100  Suite 350                           Total                 19
Orlando, FL 32801-2210               Winter Garden, FL 34787-3998
```