UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No.: 6:15-bk-06248-ABB
                                                                  Chapter 13

Ingrid Avilez,

     Debtor.
_____/

**OBJECTION TO CONFIRMATION OF**
**CHAPTER 13 PLAN**

COMES NOW the secured creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-4 ("Secured Creditor"), by and through Counsel, Leslie Rushing, Esq. of Quintairos, Prieto, Wood & Boyer P.A., and hereby objects to confirmation of the Chapter 13 Plan (ECF No. 13).  In support of its Objection, Creditor states as follows:

1.    Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-4 is the holder of the Note and Mortgage for the real property located at 174 Dakota Avenue, Groveland, FL 34736.

2.    On August 4, 2015, Debtor Ingrid Avilez, filed a Chapter 13 Plan with this Court. The Plan proposes a post-petition payment in the amount of $775.03 paid to the Trustee and lists arrears in the amount of $0.00.

3.    There are pre-petition arrears owed in the amount of $978.24. The Proof of Claim will be filed before the Bar Date of November 18, 2015.

Wherefore, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-4, respectfully requests

confirmation of the Debtors Chapter 13 Plan be denied as the Debtor does not propose to pay the correct total amount of arrears due.

Respectfully submitted,

Dated: <u>August 25, 2015</u>     /s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar No. 98106
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311
Fax: (561) 686-1886
Primary Email:
leslie.rushing@qpwblaw.com
Secondary Email:
flmdbknotices@qpwblaw.com

**CERTIFICATE OF SERVICE**

      I certify that I have caused to be served a copy of the foregoing Objection to Confirmation of Debtors Plan, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: August 25, 2015                      /s/ Leslie Rushing
                                              Leslie Rushing, Esq.
                                              Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Mark P Cressman
Cressman Law Firm
13350 West Colonial Drive
Suite 350
Winter Garden, FL 34787
Email: mark@cressmanlaw.com

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By First Class Mail:

Ingrid Avilez
174 Dakota Avenue
Groveland, FL 34736